| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Repo t Required by the Ethics In Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) il y, William J | 2. Court or Organiz t on Eighth Circuit Court of Appeal | 3. Date of Report 5/11/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge - Act ve | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial  ● Annual  ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address Roman Hruska U.S. Courthouse 111 South 18th Plaza, #4303 Omaha, NE 68102-1322 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reporta le positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member/partner | ▮▮▮▮▮ L.L.C. |
| 2. | Partner | Sedona Property Group (dissolved 8/2004) |
| 3. | Adjunct Professor | Creighton University, College of Law |
| 4. | Delegate to House of Delegates | Nebraska State Bar Association since 1998 |
| 5. | Member | Professionalism Committee, Nebraska State Bar Association |
| 6. | Member, National Trial Competition Committee | American College of Trial Lawyers since 11/2002 |
| 7. | Treasurer, Nebraska Chapter | American Board of rial Advocates |
| 8. | Master | Robert M. Spire Inns of Court |
| 9. | Trustee, Board of Trustees | MidAmerica Council, Boy Scouts of America |

2005 MAY 12 P 1:50 FINANCIAL DISCLOSURE OFFICE RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 04/2005 | University of Nebraska-Lincoln, College of Law, Adjunct Faculty teaching trial practic , Thursday venings, Spring 2006 |
| 2. | 05/2005 | Creighton University, Colleg of Law, Adjunct Faculty teaching trial practice, Thursday eveo gs, Spring 2004 and 2005, and probably Fall 2006 |
| 3. | 12/31/03 | Net asset value payout upon termination at Fitzgerald, Schorr, Barmettler & Brennan, P.C., L.L.C., former law firm, no control after termination 8/15/2001 |

## II. AGREEMENTS. (Reporting individual only, see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 4. | 04/01/75 | Profit Sharing and 401(k) Retirement Plan, Fitzgerald, Schorr, Barmettler & Brennan, P.C., L.L.O., former law firm, no control after termination 8/15/2001 |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J | 5/11/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income
☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Creighton University, College of Law | $1,500 |
| 2. | 2003 | Creighton University, College of Law | $1,500 |
| 3. | 2002 | Creighton University, College of Law | $1,500 |
| 4. | 2003 | Fitzgerald, Schorr, Barmettler & Brennan, P.C., L.L.O. | $45,172 |
| 5. | 2002 | Fitzgerald, Schorr, Barmettler & Brennan, P.C., L.L.O. | $72,242 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)
☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | City of Omaha Public Library Foundation & Child Saving Institute |
| 2. | 2003 | City of Omaha Public Library Foundation |
| 3. | 2002 | City of Omaha Public Library Foundation |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American College of Trial Lawyers | American College of Trial Lawyers National Trial Competition (March 25-28, 2004) San Antonio, TX |
| 2. | Cornell Law School | Langfan Moot Court Competition - Final Round (April 16-18, 2004) Ithaca, NY |
| 3. | United States Court of Appeals | Eighth Circuit Judicial Conference (July 13-16, 2004) Rapid City, SD |
| 4. | United States Court of Appeals | Funeral of Hon. Richard S. Arnold (September 28, 2004) Little Rock, AR |
| 5. | United States Court of Appeals | Investiture of Hon. Raymond W. Gruender (October 14, 2004) St. Louis, MO |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 6. American College of Trial Lawyers | American College of Trial Lawyers Annual Meeting (October 21-24, 2004) St. Louis, MO |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | American Board of Trial Advocates | Free Membership | $450 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. First National Bank of Omaha Accounts | A | Interest | K | T | | | | | |
| 2. Mass Mutual Life Insurance - Cash Values | | None | L | T | | | | | |
| 3. ▉▉▉▉ L.L.C. (▉▉▉ farm minority interest) | | None | L | W | | | | | |
| 4. Marasico Growth Fund | A | Dividend | J | T | | | | | |
| 5. Janus Mercury Fund (Sold) | A | Dividend | J | T | Sold | 11/9 | J | A | N/A |
| 6. IRA #1 | A | Dividend | L | T | | | | | |
| 7. -Janus Twenty Fund | | | | | | | | | |
| 8. -Janus Growth & Income | | | | | | | | | |
| 9. -Weitz Value Fund | | | | | | | | | |
| 10. -Marsico Focus Fund | | | | | | | | | |
| 11. IRA - #2 | A | Dividend | L | T | | | | | |
| 12. -Janus Olympus Fund | | | | | | | | | |
| 13. -Janus Mercury Fund | | | | | | | | | |
| 14. -American Century Income & Growth Fund | | | | | | | | | |
| 15. -Marsico Growth & Income Fund | | | | | | | | | |
| 16. IRA - #3 | A | Dividend | J | T | | | | | |
| 17. -Janus Fund | | | | | | | | | |
| 18. -Janus Twenty Fund | | | | | | | | | |

| 1. Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Dain Rauscher 403(b) Account | A | Div. & Int. | K | T | | | | | |
| 20. -Fidelity Adv. Gr. Opp. - T Fund | | | | | | | | | |
| 21. -Evergreen Gro. - A Fund | | | | | | | | | |
| 22. First National Bank of Omaha - Profit Sharing & 401(k) FSB&B | D | Div. & Int. | P1 | T | | | | | |
| 23. -U.S. Government Obligation Money Market Fund at FNB | | | | | | | | | |
| 24. -Alliance World Dollar Government Fund II | | | | | | | | | |
| 25. -Berkshire Hathaway, Inc. Class A & Class B Common | | | | | | | | | |
| 26. -Commercial Federal Corp. Common | | | | | | | | | |
| 27. -Euro Disneyland SCA common | | | | | | | | | |
| 28. -Baron Asset Fund | | | | | | | | | |
| 29. -Fidelity Dividend Growth Fund | | | | | | | | | |
| 30. -Janus Growth & Income Fund | | | | | | | | | |
| 31. -Janus Worldwide Fund | | | | | | | | | |
| 32. -Janus Olympus Fund | | | | | | | | | |
| 33. -Janus Mercury Fund | | | | | | | | | |
| 34. -Marsico Focus Fund | | | | | | | | | |
| 35. -Marsico Growth & Income Fund | | | | | | | | | |
| 36. -Rydex Series Trust OTC Fund | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identify a buyer/seller (if private transaction) |
| | | | | | | If not exempt from disclosure | | | |
| 37.  -Weitz Value Fund | | | | | | | | | |
| 38.  -Weitz Hickory Fund | | | | | | | | | |
| 39.  TTI Technologies, Inc. | | None | J | W | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Under Investments and Trusts, Item 39, TTI Technologies, Inc., a closely held corporation, was worthless and virtually out of business in 2000 and 2001. I owned a fraction of a percent of shares in this former client. TTI did some business in 2002, and the stock may have some nominal value now, although I do not know what value.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _May 11, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544